USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/6/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELETROBRAS SECURITIES LITIGATION | Case No.: 1:15-cv-5754-JGK |

**STIPULATION AND AGREED ORDER SETTING SCHEDULE FOR
LEAD PLAINTIFFS' FILING OF CONSOLIDATED CLASS ACTION COMPLAINT
AND DEFENDANTS' RESPONSE THERETO**

WHEREAS, on October 2, 2015 the Court entered an order consolidating the above-captioned actions, appointing Dominique Lavoie and City of Providence, Rhode Island as Lead Plaintiffs, and approving their selection of Kahn Swick & Foti LLP and Kaplan Fox & Kilsheimer LLP as Lead Counsel;

WHEREAS, the parties have met and conferred and agreed on a schedule for the filing of Lead Plaintiffs' forthcoming Consolidated Complaint and Defendants' response thereto;

NOW, THEREFORE, IT IS HEREBY ORDERED AND AGREED BY AND BETWEEN THE UNDERSIGNED, SUBJECT TO THE COURT'S APPROVAL, AS FOLLOWS:

1. Lead Plaintiff shall file a Consolidated Class Action Complaint ("Consolidated Complaint") on or before December 8, 2015;

2. Defendant shall answer, move and/or respond to the Consolidated Complaint on or before January 27, 2016;

3. If Defendants file a motion to dismiss, Lead Plaintiffs shall elect either to stand on the Consolidated Complaint or to file a Consolidated Amended Complaint;

4. If Lead Plaintiffs elect to stand on the Consolidated Complaint, Lead Plaintiffs shall file their opposition to any motion to dismiss on or before February 26, 2016;

5. Defendants shall file their reply to any opposition to motion dismiss on or before March 15, 2016;

6. If Lead Plaintiffs elect to file a Consolidated Amended Complaint, they shall do so on or before February 26, 2016.

7. Defendants shall answer, move and/or respond to the Consolidated Amended Complaint on or before April 15, 2016;

8. Lead Plaintiff shall file its opposition to any motion to dismiss the Consolidated Amended Complaint on or before May 17, 2016; and

9. Defendants shall file their reply to any opposition to motion dismiss the Consolidated Amended Complaint on or before June 3, 2016.

SO STIPULATED.

Dated: October 5, 2015

By: _____
Ramzi Abadou

**KAHN SWICK & FOTI, LLP**
Ramzi Abadou
912 Cole Street, # 251
San Francisco, CA 94117
Telephone: 504-455-1400
Facsimile: 504-455-1498

**KAHN SWICK & FOTI, LLC**
Lewis Kahn
Alexander Burns
406 Covington Street
Madisonville, LA 70447
Telephone: 504-455-1400
Facsimile: 504-455-1498

By: _____
Donald Hall

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox
Donald R. Hall
Hae Sung Nam
Pamela Mayer
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Counsel for Lead Plaintiffs and
Co-Lead Counsel for the Class*

2

By: /s/ *James H.R. Windels*
James H.R. Windels

**DAVIS POLK & WARDWELL LLP**
James H.R. Windels
Antonio J. Perez-Marques
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

*Counsel for Defendants Centrais Elétricas Brasileiras S.A. – Eletrobras, José da Costa Carvalho Neto, Armando Casado de Araujo, and José Antonio Muniz Lopes.*

IT IS SO ORDERED.

DATED: 10/6/15

/s/ John G. Koeltl
THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

3