UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re: ELETROBRAS SECURITIES LITICATION          15 civ 5754 (JGK)
------------------------------------------------------------X

## ORDER

A hearing on the preliminary approval of the settlement is scheduled for **Tuesday, July 17, 2018, at 4:30pm**

**SO ORDERED.**

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       July 2, 2018



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2018