UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELETROBRAS SECURITIES LITIGATION | Case No.: 15-cv-5754-JGK<br><br>JURY TRIAL DEMANDED |

**NOTICE OF FILING OF REVISED EXHIBITS AND ADDENDUM TO STIPULATION OF SETTLEMENT**

PLEASE TAKE NOTICE that Dominique Lavoie and the City of Providence, Rhode Island (together, "Lead Plaintiffs"), by and through undersigned Lead Counsel, respectfully submit the following three exhibits in further support of Plaintiffs' Motion for Preliminary Approval of Settlement:

a. Addendum to the Stipulation of Settlement ("Stipulation") previously filed with the Court on June 29, 2018 (attached hereto as Ex. 1);

b. Revised Exhibit A-1 to the Stipulation:  Notice Of (I) Pendency and Proposed Settlement of Class Action and Plan of Allocation; (II) Settlement Hearing; And (III) Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses (attached hereto as Ex. 2); and

c. Revised Exhibit A-3 to the Stipulation:  Summary Notice Of (I) Pendency and Proposed Settlement of Class Action and Plan of Allocation; (II) Settlement Hearing; And (III) Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses (attached hereto as Ex. 3).

Dated: July 19, 2018                                   Respectfully Submitted,

**KAHN SWICK & FOTI, LLP**

By:     *s/ Ramzi Abadou*
Ramzi Abadou (admitted *pro hac vice*)
912 Cole Street, # 251
San Francisco, CA 94117
Telephone: 504-455-1400
Facsimile: 504-455-1498

-and-

**KAHN SWICK & FOTI, LLC**
Lewis S. Kahn
Alexander Burns (admitted *pro hac vice*)
Alayne Gobeille (admitted *pro hac vice*)
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: 504-455-1400
Facsimile: 504-455-1498

*s/ Donald R. Hall*
**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox
Donald R. Hall
Melinda Campbell
Jason A. Uris
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Co-Lead Counsel for the Class*

# CERTIFICATE OF SERVICE

I, Ramzi Abadou, hereby certify that, on Thursday, July 19, 2018, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM/ECF system which will send electronic notices of the filing to all counsel of record.

*s/ Ramzi Abadou*
Ramzi Abadou

2