UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE ELETROBRAS SECURITIES LITIGATION,

15 Civ. 5754 (JGK)

ORDER

---

KATHERINE POLK FAILLA, District Judge:

As stated at the hearing held before Judge Koeltl on July 17, 2018, the Court **grants** the lead plaintiffs' unopposed motion for preliminary approval of the settlement. At that hearing, the Court found that the proposed settlement is fair, reasonable, and adequate on a preliminary basis. The Court requested changes to be made in the papers, which the parties made and submitted to the Court on July 19, 2018. With those changes, the parties should send the appropriate notice to the class and publish the summary notice.

SO ORDERED.

Dated:   New York, New York
         August 17, 2018

_____
KATHERINE POLK FAILLA
United States District Judge
Part I