UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELETROBRAS SECURITIES LITIGATION | Case No.: 15-cv-5754-JGK<br><br>JURY TRIAL DEMANDED |

**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on **December 5, 2018, at 4:30 p.m.**, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, or as soon thereafter as counsel may be heard before the Honorable John Koeltl, United States District Judge, Lead Plaintiffs City of Providence, Rhode Island and Dominique Lavoie (collectively, "Lead Plaintiffs"), will and hereby move for an order awarding attorneys' fees and reimbursement of litigation expenses reasonably incurred in the prosecution of the above-captioned matter, and an award to the Lead Plaintiffs for the reimbursement of costs and expenses in representing the Class pursuant to 15 U.S.C. §78u-4(a)(4). Lead Plaintiffs' motion is based upon the Lead Plaintiffs' Memorandum in Support of Their Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, the declarations and exhibits submitted in support thereof, all other pleadings and matters of record, and such additional evidence or argument as may be presented at the hearing on this motion.

Dated: October 31, 2018                      Respectfully Submitted,

                                             **KAHN SWICK & FOTI, LLP**

                                             By:      */s/ Ramzi Abadou*
                                             Ramzi Abadou (admitted *pro hac vice*)
                                             912 Cole Street, # 251
                                             San Francisco, CA 94117
                                             Telephone: 504-455-1400
                                             Facsimile: 504-455-1498

                                             -and-

                                             **KAHN SWICK & FOTI, LLC**
                                             Lewis S. Kahn
                                             Alexander Burns (admitted *pro hac vice*)
                                             Alayne Gobeille (admitted *pro hac vice*)
                                             1100 Poydras Street, Suite 3200
                                             New Orleans, LA 70163
                                             Telephone: 504-455-1400
                                             Facsimile: 504-455-1498

                                             [continued on next page]

1

/s/ Donald R. Hall
**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox
Donald R. Hall
Melinda Campbell
Jason A. Uris
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Co-Lead Counsel for the Class*

### CERTIFICATE OF SERVICE

I, Ramzi Abadou, hereby certify that, on Wednesday, October 31, 2018, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM/ECF system which will send electronic notices of the filing to all counsel of record.

/s/ Ramzi Abadou
Ramzi Abadou
