UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CITY OF PROVIDENCE, RHODE ISLAND,
                Plaintiff,

                15 civ 5754 (JGK)

      -against-

CENTRAIS ELETRICAS
BRASILEIRAS S.A. ELETROBRAS, et al.,
                Defendant.
------------------------------------------------------------X

## ORDER

The hearing to approve the settlement, scheduled for Wednesday, December 5, 2018, is

**adjourned to Wednesday, December 12, 2018, at 10:30am..**

**SO ORDERED.**

                                          **JOHN G. KOELTL**
                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       December 3, 2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-4-18